IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GENE EDWARD SCOTT, II**  PLAINTIFF

v.  CASE NO. 2:24-CV-00005-BSM

**DOE**  DEFENDANT

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE